Mark R. Thierman, Cal SB# 72913
Joshua D. Buck, Cal SB# 258325
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500
Email: mark@thiermanbuck.com
Email: josh@thiermanbuck.com

James B. Zouras, Pro Hoc Vice
Ryan F. Stephan, Pro Hoc Vice
STEPHAN ZOURAS, LLP
100 North Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312 233 1550
312 233 1560 *f*
Email: jzouras@stephanzouras.com
Email: rstephan@stephanzouras.com

*Attorneys for Plaintiff, the general public, and all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH OCHINERO, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>LADERA LENDING, INC., and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.  8:19-cv-01136-JVS-ADS<br><br>**RESPONSE TO THE COURT'S FEBRUARY 3, 2021 ORDER TO CORRECT DISCREPANCIES IN PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT**<br><br>JUDGE:   Hon. James V. Selna<br><br>COMPLAINT FILED:  June 7, 2019 |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

This Court, in its Order of February 3, 2021, correctly noted discrepancies in Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Proposed Notice, which the Parties sincerely regret and apologize to the Court for.  In response, Plaintiff hereby submits, with Defendant's agreement and consent, a revised Motion (Exhibit A) and Notice (Exhibit B) to correct the errors in the corresponding previously-submitted versions of these documents (respectively, Dkt. Nos 48 and 48-1 at Exhibit C).[1]  The corrections are summarized as follows:

1. The revised Motion consistently and accurately reflects the Parties' agreement to a service award of $18,000.00 to Plaintiff Deborah Ochinero.  *See* Exhibit A;
2. The revised Motion and Notice consistently and accurately reflect the Parties' agreement that Settlement Class Members have 180 days after issuance to cash their checks, with uncashed amounts distributed to the Justice Gap Fund.  *See* Exhibits A and B.
3. The revised Notice removes reference to a website.  *See* Exhibit B.

Dated: February 10, 2021

/s/Joshua D. Buck                                .
JOSHUA BUCK
THIERMAN BUCK LLP

JAMES B. ZOURAS
STEPHAN ZOURAS, LLP

*Attorneys for Plaintiff, the general public, and all others similarly situated*

---

[1] As the Court correctly assumed, the Settlement Agreement (Dkt. No 48-1 at Exhibit B) is the controlling document.