# EXHIBIT 1

# EXHIBIT 1

Mark R. Thierman, Cal SB# 72913
Joshua D. Buck, Cal SB# 258325
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500
Email: mark@thiermanbuck.com
Email: josh@thiermanbuck.com

James B. Zouras, Pro Hoc Vice
Ryan F. Stephan, Pro Hoc Vice
STEPHAN ZOURAS, LLP
100 North Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312 233 1550
312 233 1560 *f*
Email: jzouras@stephanzouras.com
Email: rstephan@stephanzouras.com

*Attorneys for Plaintiff, the general public, and all*
*others similarly situated*

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com www.thiermanbuck.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

DEBORAH OCHINERO, individually, and on behalf of other members of the general public similarly situated;

        Plaintiff,

  v.

LADERA LENDING, INC., and DOES 1 through 100, inclusive,

        Defendant.

Case No.  8:19-cv-01136-JVS-ADS

**DECLARATION OF JOSHUA D. BUCK IN SUPPORT OF PLAINTIFF AND CLASS COUNSEL'S SUPPLEMENT PURSUANT TO THIS COURT'S FEBRUARY 26, 2021 ORDER GRANTING PRELMININARY APPROVAL OF CLASS ACTION SETTLEMENT (ECF No. 51)**

DATE:    N/A
TIME:    N/A
JUDGE:  Hon. James V. Selna

COMPLAINT FILED:  June 21, 2019

I, Joshua D. Buck, hereby declare and state as follows:

1. The following declaration is based upon my own personal observation and knowledge, and if called upon to testify to the things contained herein, I could competently so testify.

2. I am submitting this declaration in support of the supplement to the preliminary approval order that was requested by the Court on February 26, 2021.  (*See* ECF No. 51.)

3. I previously submitted a declaration in connection with the Plaintiff's unopposed motion for preliminary approval of collective and class action settlement and will not repeat my qualifications and statements that were made in support of preliminary approval here.  (*See* ECF No. 48-1.)

4. In my prior declaration, I detailed Class Counsel's hourly rates and the hours expended in furtherance of this litigation.  (*See* ECF No. 48-1, at ¶¶ 9-12.)

5. Pursuant to this Court's request in its order granting preliminary approval, attached hereto to this declaration as Exhibit A are the time entries that were contemporaneously recorded by me and my associate Leah L. Jones for this Court's *in camera* review.  As part of my billing records, I have included 50 hours of anticipated future work in this case.  Based on my experience in handling collective and class actions, I believe that 50 hours is a reasonable estimate of the amount of additional time that my firm and I will invest in this case up to and including final closure of the case.

I have read the forgoing declaration and declare under penalty of perjury under the laws of the United States of America and the States of California and Nevada that the foregoing is true and correct.

Executed on March 22, 2021, in Zephyr Cove, Nevada.

/s/*Joshua D. Buck*
Joshua D. Buck

DECLARATION OF JOSHUA D. BUCK IN SUPPORT OF PLAINTIFF AND CLASS COUNSEL'S
SUPPLEMENT PURSUANT TO THIS COURT'S FEBRUARY 26, 2021 ORDER GRANTING
PRELMININARY APPROVAL OF CLASS ACTION SETTLEMENT (ECF No. 51)

# EXHIBIT A

Time Entries

# EXHIBIT A

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/23/2021 | 🕐 | A103 Draft/revise L160 Settlement/ Non-Binding ADR: Anticipated future work: Notice period FA papers Post FA settlement distribution ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 50.00h | 750.00 | - | 37,500.00 |
| 03/22/2021 | 🕐 | A103 Draft/revise L250 Other Written Motions and Submissions: Finalize supplement to pa order ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 2.50h | 750.00 | - | 1,875.00 |
| 03/18/2021 | 🕐 | Read and review correspondence regarding: Ochinero v. Ladera Lending, Inc. - Mailing Documents and Clarification Questions ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 03/17/2021 | 🕐 | Read and review correspondence regarding: Ochinero ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 03/12/2021 | 🕐 | Read and review correspondence regarding: Your Case ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 03/12/2021 | 🕐 | A103 Draft/revise L250 Other Written Motions and Submissions: Fee supplement ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 4.30h | 750.00 | - | 3,225.00 |
| | | | | | 137.10h | | $0.00 | $102,045.00 |
| | | | | | | | 0.0h | 137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 03/11/2021 | 🕐 | A103 Draft/revise L250 Other Written Motions and Submissions: Fee supplement  🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 2.80h | 750.00 | - | 2,100.00 |
| 03/11/2021 | 🕐 | Read and review correspondence regarding: Ochinero v. Ladera Lending, Inc. - Mailing Documents and Clarification Questions  🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.20h | 750.00 | - | 150.00 |
| 03/11/2021 | 🕐 | Read and review correspondence regarding: Your Case  🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 03/11/2021 | 🕐 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Review notice and Simpluris questions  🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.50h | 750.00 | - | 375.00 |
| 03/11/2021 | 🕐 | A103 Draft/revise L250 Other Written Motions and Submissions: Fee/service award supplement  🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 1.50h | 750.00 | - | 1,125.00 |
| 03/03/2021 | 🕐 | Read and review correspondence regarding: Your Case  🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 02/26/2021 | 🕐 | Read and review correspondence regarding: | Ladera Lending adv. Ochinero | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
|  |  |  |  |  | **137.10h** |  | **$0.00** 0.0h | **$102,045.00** 137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Ladera Lending adv. Ochinero - Doc 51 Order Granting Preliminary Approval<br>● Unbilled | FLSA/CA - Misclassification | | | | | |
| 02/26/2021 | 🕐 | Read and review correspondence regarding:<br>Activity in Case 8:19-cv-01136-JVS-ADS Deborah Ochinero v. Ladera Lending, Inc. et al Order on Motion for Settlement<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 02/23/2021 | 🕐 | Read and review correspondence regarding:<br>Ladera Lending adv. Ochinero<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 02/22/2021 | 🕐 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Review PA Order<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.50h | 750.00 | - | 375.00 |
| 02/22/2021 | 🕐 | Read and review correspondence regarding:<br>Ladera Lending adv. Ochinero<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.20h | 750.00 | - | 150.00 |
| 01/29/2021 | 🕐 | Read and review correspondence regarding:<br>Thank you for your Proposed Settlement Submission<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/13/2021 | 🕐 | Read and review correspondence | Ladera Lending adv. | Joshua | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h** | | **$0.00**<br>0.0h | **$102,045.00**<br>137.1h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | regarding:<br>Help please. I need a TOC and TOA inserted<br>🔵 Unbilled | Ochinero<br>FLSA/CA - Misclassification | Buck | | | | |
| 01/13/2021 | 🕐 | Read and review correspondence regarding:<br>Ochinero v. Ladera Lending; Case No. 8:19-cv-01136-JVS-ADS<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/13/2021 | 🕐 | Read and review correspondence regarding:<br>Help please. I need a TOC and TOA inserted<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/13/2021 | 🕐 | A101 Plan and prepare for L160 Settlement/Non-Binding ADR: Prepare PA filing<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 1.50h | 750.00 | - | 1,125.00 |
| 01/13/2021 | 🕐 | Read and review correspondence regarding:<br>Ochinero v. Ladera Lending; Case No. 8:19-cv-01136-JVS-ADS<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/12/2021 | 🕐 | A103 Draft/revise L250 Other Written Motions and Submissions: PA MOtion<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Leah Jones | 1.10h | 450.00 | - | 495.00 |
| 01/08/2021 | 🕐 | Read and review correspondence regarding: | Ladera Lending adv. Ochinero | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h**<br>0.0h | | **$0.00**<br> | **$102,045.00**<br>137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Ochinero v. Ladera Lending; Case No. 8:19-cv-01136-JVS-ADS<br>● Unbilled | FLSA/CA - Misclassification | | | | | |
| 01/06/2021 | 🕐 | Read and review correspondence regarding:<br>Ochinero v. Ladera Lending; Case No. 8:19-cv-01136-JVS-ADS<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/06/2021 | 🕐 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Draft/revise preliminary approval papers<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 8.00h | 750.00 | - | 6,000.00 |
| 01/06/2021 | 🕐 | Read and review correspondence regarding:<br>Ochinero v. Ladera Lending; Case No. 8:19-cv-01136-JVS-ADS<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/05/2021 | 🕐 | Read and review correspondence regarding:<br>Ochinero v. Ladera Lending<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/05/2021 | 🕐 | Read and review correspondence regarding:<br>Ochinero v. Ladera Lending<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/05/2021 | 🕐 | Read and review correspondence regarding:<br>Ochinero v. Ladera Lending<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.60h | 750.00 | - | 450.00 |
| | | | | | 137.10h | | $0.00<br>0.0h | $102,045.00<br>137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 01/04/2021 | 🕐 | Review PA Mtn<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.00h | 750.00 | - | 0.00 |
| 12/03/2020 | 🕐 | Read and review correspondence regarding:<br>Ochinero v. Ladera Lending; Case No. 8:19-cv-01136-JVS-ADS<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 11/25/2020 | 🕐 | Read and review correspondence regarding:<br>Ochinero v. Ladera Lending; Case No. 8:19-cv-01136-JVS-ADS<br>Re: Ochinero v. Ladera Lending; Case No. 8:19-cv-01136-JVS-ADS<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 11/17/2020 | 🕐 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Review/edit settlement agreement<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 1.30h | 750.00 | - | 975.00 |
| 11/17/2020 | 🕐 | Read and review correspondence regarding:<br>Lawsuit Against Ladera Lending<br>RE: Lawsuit Against Ladera Lending<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 11/16/2020 | 🕐 | Read and review correspondence regarding:<br>Lawsuit Against Ladera Lending<br>RE: Lawsuit Against Ladera Lending<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h**<br>0.0h | | **$0.00** | **$102,045.00**<br>137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 10/28/2020 | 🕐 | Read and review correspondence regarding:<br>Ladera Settlement<br>Re: Ladera Settlement<br>Automatic reply: Ladera Settlement<br>FW: Ladera Settlement<br>Re: [EXTERNAL] RE: Ladera Settlement<br>FW: [EXTERNAL] RE: Ladera Settlement<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 10/26/2020 | 🕐 | Read and review correspondence regarding:<br>Ladera Lending<br>RE: Ladera Lending<br>Fwd: Ladera Lending<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.40h | 750.00 | - | 300.00 |
| 09/09/2020 | 🕐 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: [EXTERNAL] RE: Ladera Settlement<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.50h | 750.00 | - | 375.00 |
| 09/04/2020 | 🕐 | Read and review correspondence regarding:<br>Ladera Settlement<br>Re: Ladera Settlement<br>Automatic reply: Ladera Settlement<br>FW: Ladera Settlement<br>Re: [EXTERNAL] RE: Ladera Settlement<br>FW: [EXTERNAL] RE: Ladera Settlement<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h**<br>0.0h | | **$0.00** | **$102,045.00**<br>137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/19/2020 | 🕐 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding:<br>Ladera Settlement<br>Re: Ladera Settlement<br>Automatic reply: Ladera Settlement<br>FW: Ladera Settlement<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.20h | 750.00 | - | 150.00 |
| 06/12/2020 | 🕐 | Read and review correspondence regarding:<br>Ladera Settlement<br>Re: Ladera Settlement<br>Automatic reply: Ladera Settlement<br>FW: Ladera Settlement<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.20h | 750.00 | - | 150.00 |
| 06/12/2020 | 🕐 | Read and review correspondence regarding:<br>Ladera Settlement<br>Re: Ladera Settlement<br>Automatic reply: Ladera Settlement<br>FW: Ladera Settlement<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.20h | 750.00 | - | 150.00 |
| 04/10/2020 | 🕐 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Phone w/ Jim Zouras re Settlement<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.50h | 750.00 | - | 375.00 |
| 04/10/2020 | 🕐 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h**<br>0.0h | | **$0.00** | **$102,045.00**<br>137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Ladera Settlement<br>Re: Ladera Settlement<br>Automatic reply: Ladera Settlement<br>● Unbilled | | | | | | |
| 03/11/2020 | ⏱ | A101 Plan and prepare for L160 Settlement/Non-Binding ADR: Read and review correspondence regarding:<br>Ladera Lending<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 2.80h | 750.00 | - | 2,100.00 |
| 03/10/2020 | ⏱ | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding:<br>Ladera Lending—postponement of mediation<br>RE: Ladera Lending—postponement of mediation<br>FW: Ladera Lending—postponement of mediation<br>RE: Ladera Lending postponement of mediation<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.30h | 750.00 | - | 225.00 |
| 03/04/2020 | ⏱ | Read and review correspondence regarding:<br>Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule<br>Re: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h**<br>0.0h | | **$0.00** | **$102,045.00**<br>137.1h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | RE: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule Fwd: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule Automatic reply: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule ● Unbilled | | | | | | |
| 03/03/2020 | 🕐 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule Re: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule RE: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule Fwd: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule Automatic reply: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.20h | 750.00 | - | 150.00 |
| 02/24/2020 | 🕐 | Joint Status Report Re: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.50h | 750.00 | - | 375.00 |
| | | | | | 137.10h | | $0.00 | $102,045.00 |
| | | | | | | | 0.0h | 137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 1100107512 - reschedule RE: Joint Status Report ● Unbilled | | | | | | |
| 02/24/2020 | 🕐 | A103 Draft/revise L140 Document/ File Management: Status Report ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.30h | 750.00 | - | 225.00 |
| 02/24/2020 | 🕐 | A104 Review/analyze L140 Document/File Management: Read and review correspondence regarding: Joint Status Report RE: Joint Status Report ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 02/18/2020 | 🕐 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Phone conference w/ Def counsel (Josh and Jim) ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.50h | 750.00 | - | 375.00 |
| 02/18/2020 | 🕐 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule Re: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule RE: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule Fwd: Ochinero, Deborah vs. | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h** | | **$0.00** 0.0h | **$102,045.00** 137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule Automatic reply: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule ● Unbilled | | | | | | |
| 02/17/2020 | ⏱ | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule Re: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule RE: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule Fwd: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 02/13/2020 | ⏱ | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule Re: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule RE: Ochinero, Deborah vs. Ladera | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h** 0.0h | | **$0.00** | **$102,045.00** 137.1h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Lending, Inc. - JAMS Ref No. 1100107512 - reschedule Fwd: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - reschedule ● Unbilled | | | | | | |
| 02/05/2020 | 🕐 | A103 Draft/revise L160 Settlement/ Non-Binding ADR: Ladera mediation docs and exhibits ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.80h | 750.00 | - | 600.00 |
| 02/04/2020 | 🕐 | A103 Draft/revise L250 Other Written Motions and Submissions: Mediation brief ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Leah Jones | 1.00h | 450.00 | - | 450.00 |
| 02/03/2020 | 🕐 | RE: Ladera Lending adv. Ochinero Re: Ladera Lending adv. Ochinero: Information Request for Mediation ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.40h | 750.00 | - | 300.00 |
| 02/03/2020 | 🕐 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Ladera Lending adv. Ochinero RE: Ladera Lending adv. Ochinero ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 02/03/2020 | 🕐 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Ladera Lending adv. Ochinero: Information Request for Mediation | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h** | | **$0.00** | **$102,045.00** |
| | | | | | | | 0.0h | 137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Fwd: Ladera Lending adv. Ochinero: Information Request for Mediation Re: Ladera Lending adv. Ochinero: Information Request for Mediation Automatic reply: Ladera Lending adv. Ochinero: Information Request for Mediation ● Unbilled | | | | | | |
| 01/31/2020 | 🕐 | A103 Draft/revise L160 Settlement/ Non-Binding ADR: RE: Ladera Lending adv. Ochinero: Information Request for Mediation Mediation Brief.docx ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.20h | 750.00 | - | 150.00 |
| 01/30/2020 | 🕐 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: RE: Ladera Lending adv. Ochinero: Information Request for Mediation Ladera Lending adv. Ochinero ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.50h | 750.00 | - | 375.00 |
| 01/30/2020 | 🕐 | A103 Draft/revise L160 Settlement/ Non-Binding ADR: Mediation Brief FINAL wo Damages.docx ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.60h | 750.00 | - | 450.00 |
| 01/30/2020 | 🕐 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: RE: Ladera Lending adv. Ochinero: Information Request for | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h** 0.0h | | **$0.00** | **$102,045.00** 137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Mediation<br>🔵 Unbilled | | | | | | |
| 01/30/2020 | 🕐 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Mediation brief<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 5.00h | 750.00 | - | 3,750.00 |
| 01/30/2020 | 🕐 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Ladera Lending adv. Ochinero<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.20h | 750.00 | - | 150.00 |
| 01/30/2020 | 🕐 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: RE: Ladera Lending adv. Ochinero: Information Request for Mediation<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/29/2020 | 🕐 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Mediation brief<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 3.00h | 750.00 | - | 2,250.00 |
| 01/29/2020 | 🕐 | Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512<br>RE: Flanagan v BOA 6417 - Distribution Mailed<br>RE: Ladera Lending adv. Ochinero: Information Request for Mediation<br>Flanagan v BOA 6417 - | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 3.50h | 750.00 | - | 2,625.00 |
| | | | | | **137.10h** | | **$0.00**<br>0.0h | **$102,045.00**<br>137.1h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | Distribution Mailed RE: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 Ladera Lending - other docs (no subject) Reviewing Case Files Mediation Brief.docx ● Unbilled | | | | | | |
| 01/29/2020 | 🕐 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Ladera Lending - other docs ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/29/2020 | 🕐 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Flanagan v BOA 6417 - Distribution Mailed RE: Flanagan v BOA 6417 - Distribution Mailed ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/29/2020 | 🕐 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Ladera Lending ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/29/2020 | 🕐 | A108 Communicate (other external) L160 Settlement/Non- | Ladera Lending adv. Ochinero | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h** 0.0h | | **$0.00** | **$102,045.00** 137.1h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Binding ADR: Read and review correspondence regarding: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512<br>FW: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512<br>RE: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512<br>● Unbilled | FLSA/CA - Misclassification | | | | | | |
| 01/29/2020 | 🕐 | Read and review correspondence regarding:<br>Ladera Lending<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/29/2020 | 🕐 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding:<br>RE: Ladera Lending adv. Ochinero: Information Request for Mediation<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/29/2020 | 🕐 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Pre-Mediation Conference Call with Loeb<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 1.00h | 750.00 | - | 750.00 |
| 01/29/2020 | 🕐 | Read and review correspondence regarding:<br>Flanagan v BOA 6417 - | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h**<br>0.0h | | **$0.00** | **$102,045.00**<br>137.1h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Distribution Mailed RE: Flanagan v BOA 6417 - Distribution Mailed ● Unbilled | | | | | | |
| 01/29/2020 | 🕐 | Read and review correspondence regarding: Ladera Lending adv. Ochinero: Information Request for Mediation Fwd: Ladera Lending adv. Ochinero: Information Request for Mediation Re: Ladera Lending adv. Ochinero: Information Request for Mediation Automatic reply: Ladera Lending adv. Ochinero: Information Request for Mediation ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/16/2020 | 🕐 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Ladera Lending adv. Ochinero: Information Request for Mediation Fwd: Ladera Lending adv. Ochinero: Information Request for Mediation Re: Ladera Lending adv. Ochinero: Information Request for Mediation Automatic reply: Ladera Lending adv. Ochinero: Information Request for Mediation ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/14/2020 | 🕐 | A107 Communicate (other outside | Ladera Lending adv. | Joshua | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h** | | **$0.00** 0.0h | **$102,045.00** 137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | counsel) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Ladera Lending adv. Ochinero: Information Request for Mediation Fwd: Ladera Lending adv. Ochinero: Information Request for Mediation Re: Ladera Lending adv. Ochinero: Information Request for Mediation ● Unbilled | Ochinero FLSA/CA - Misclassification | Buck | | | | |
| 01/13/2020 | 🕐 | FW: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - deadlines Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - deadlines ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.20h | 750.00 | - | 150.00 |
| 01/13/2020 | 🕐 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - deadlines FW: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - deadlines ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/08/2020 | 🕐 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: RE: New Calendar Event From Thierman Buck LLP | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.30h | 750.00 | - | 225.00 |
| | | | | | **137.10h** 0.0h | | **$0.00** | **$102,045.00** 137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | FW: New Calendar Event From Thierman Buck LLP<br>Reviewing Case Files<br>● Unbilled | | | | | | |
| 01/08/2020 | 🕐 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding:<br>FW: New Calendar Event From Thierman Buck LLP<br>RE: New Calendar Event From Thierman Buck LLP<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 01/07/2020 | 🕐 | A101 Plan and prepare for L160 Settlement/Non-Binding ADR: RE: Draft information request<br>Ladera Lending adv. Ochinero: Information Request for Mediation<br>Reviewing Case Files<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.60h | 750.00 | - | 450.00 |
| 01/07/2020 | 🕐 | RE: Draft information request<br>Ladera Lending adv. Ochinero: Information Request for Mediation<br>Reviewing Case Files<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.60h | 750.00 | - | 450.00 |
| 01/07/2020 | 🕐 | A101 Plan and prepare for L160 Settlement/Non-Binding ADR: Read and review correspondence regarding:<br>Ladera Lending adv. Ochinero: Information Request for Mediation<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.40h | 750.00 | - | 300.00 |
| | | | | | **137.10h** | | **$0.00**<br>0.0h | **$102,045.00**<br>137.1h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | 🕐 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Draft information request RE: Draft information request ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.20h | 750.00 | - | 150.00 |
| 01/06/2020 | 🕐 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: FW: Your reservation at Freehand LA RE: Leadera Lending Draft information request FW: Joshua Buck's 02/09 Los Angeles trip (ORZXOO): Your reservation is confirmed. Your reservation at Freehand LA Leadera Lending Joshua Buck's 02/09 Los Angeles trip (ORZXOO): Your reservation is confirmed. Reviewing Case Files ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 1.40h | 750.00 | - | 1,050.00 |
| 01/06/2020 | 🕐 | A101 Plan and prepare for L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Draft information request ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.40h | 750.00 | - | 300.00 |
| 01/06/2020 | 🕐 | A101 Plan and prepare for L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.20h | 750.00 | - | 150.00 |
| | | | | | **137.10h** 0.0h | | **$0.00** | **$102,045.00** 137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Your reservation at Freehand LA FW: Your reservation at Freehand LA<br>🔵 Unbilled | | | | | | |
| 01/06/2020 | 🕐 | A101 Plan and prepare for L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Joshua Buck's 02/09 Los Angeles trip (ORZXOO): Your reservation is confirmed. FW: Joshua Buck's 02/09 Los Angeles trip (ORZXOO): Your reservation is confirmed.<br>🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.20h | 750.00 | - | 150.00 |
| 01/06/2020 | 🕐 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Read and review correspondence regarding: Leadera Lending RE: Leadera Lending<br>🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 12/02/2019 | 🕐 | A108 Communicate (other external) L250 Other Written Motions and Submissions: Communicate with Court re Stip to Stay Mediation - Rolls Royce<br>🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Leah Jones | 0.50h | 450.00 | - | 225.00 |
| 11/27/2019 | 🕐 | A111 Other L210 Pleadings: Stip to Stay Pending Mediation<br>🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.30h | 750.00 | - | 225.00 |
| | | | | | **137.10h**<br>0.0h | | **$0.00** | **$102,045.00**<br>137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 11/26/2019 | ⏱ | Stip filing issues; draft Order and Proofs<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 1.00h | 750.00 | - | 750.00 |
| 11/25/2019 | ⏱ | Stip Review and File<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.50h | 750.00 | - | 375.00 |
| 11/25/2019 | ⏱ | Draft stip to stay and prop order<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.50h | 750.00 | - | 375.00 |
| 11/22/2019 | ⏱ | Read and review correspondence regarding:<br>FW: Ochinero, Deborah vs. Ladera Lending, Inc. - JAMS Ref No. 1100107512 - EAs due 11/26<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 11/22/2019 | ⏱ | Read and review correspondence regarding:<br>RE: Michael Loeb - availability?<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 11/22/2019 | ⏱ | Read and review correspondence regarding:<br>FW: Michael Loeb - availability?<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 11/19/2019 | ⏱ | Read and review correspondence regarding:<br>Re: Activity in Case 8:19-cv-01136-JVS-ADS Deborah Ochinero v. Ladera Lending, Inc. et al Answer to Complaint (Attorney Civil Case Opening) | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h** | | **$0.00**<br>0.0h | **$102,045.00**<br>137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | ● Unbilled | | | | | | |
| 11/18/2019 | 🕐 | A107 Communicate (other outside counsel) L390 Other Discovery: 26f conference<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.50h | 750.00 | - | 375.00 |
| 11/18/2019 | 🕐 | A107 Communicate (other outside counsel) L110 Fact Investigation/ Development: phone w/ co-counsel<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.30h | 750.00 | - | 225.00 |
| 11/13/2019 | 🕐 | Read and review correspondence regarding:<br>Re: Activity in Case 8:19-cv-01136-JVS-ADS Deborah Ochinero v. Ladera Lending, Inc. et al Answer to Complaint (Attorney Civil Case Opening)<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 11/13/2019 | 🕐 | Read and review correspondence regarding:<br>Fwd: Activity in Case 8:19-cv-01136-JVS-ADS Deborah Ochinero v. Ladera Lending, Inc. et al Answer to Complaint (Attorney Civil Case Opening)<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 11/07/2019 | 🕐 | Read and review correspondence regarding:<br>RE: Activity in Case 8:19-cv-01136-JVS-ADS Deborah Ochinero v. Ladera Lending, Inc. et al Initial Order Setting R26 | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h**<br>0.0h | | **$0.00** | **$102,045.00**<br>137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | Scheduling Conference - form only ● Unbilled | | | | | | |
| 10/30/2019 | 🕐 | Read and review correspondence regarding: Fwd: Activity in Case 8:19-cv-01136-JVS-ADS Deborah Ochinero v. Ladera Lending, Inc. et al Initial Order Setting R26 Scheduling Conference - form only ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 10/23/2019 | 🕐 | Read and review correspondence regarding: RE: Ochinero v. Ladera Lending ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 10/21/2019 | 🕐 | Read and review correspondence regarding: Re: Ochinero v. Ladera Lending ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 10/15/2019 | 🕐 | Read and review correspondence regarding: Fwd: Ochinero v. Ladera Lending ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 10/15/2019 | 🕐 | Read and review correspondence regarding: Re: Ochinero v. Ladera Lending ● Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 10/07/2019 | 🕐 | Read and review correspondence regarding: Re: Activity in Case | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h** 0.0h | | **$0.00** | **$102,045.00** 137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | 8:19-cv-01136-JVS-ADS Deborah Ochinero v. Ladera Lending, Inc. et al Motion for Default Judgment<br>🔵 Unbilled | | | | | | |
| 09/19/2019 | 🕐 | Read and review correspondence regarding:<br>RE: SACV 19-01136JVS(ADSx): Deborah Ochindero v Ladera Lending<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.70h | 750.00 | - | 525.00 |
| 09/19/2019 | 🕐 | Read and review correspondence regarding:<br>Re: SACV 19-01136JVS(ADSx): Deborah Ochindero v Ladera Lending<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 09/19/2019 | 🕐 | Read and review correspondence regarding:<br>Fwd: SACV 19-01136JVS(ADSx): Deborah Ochindero v Ladera Lending<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 09/17/2019 | 🕐 | A103 Draft/revise L240 Dispositive Motions: Dec iso Default<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 1.80h | 750.00 | - | 1,350.00 |
| 09/17/2019 | 🕐 | Read and review correspondence regarding:<br>RE: Ladera<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h**<br>0.0h | | **$0.00** | **$102,045.00**<br>137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/13/2019 | 🕐 | A103 Draft/revise L240 Dispositive Motions: Default<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 6.30h | 750.00 | - | 4,725.00 |
| 09/13/2019 | 🕐 | Read and review correspondence regarding:<br>RE: SACV 19-01136JVS(ADSx): Deborah Ochinero, et al v Ladera Lending, et al (Complt Fld 6/7/19)<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 09/13/2019 | 🕐 | Read and review correspondence regarding:<br>RE: SACV 19-01136JVS(ADSx): Deborah Ochinero, et al v Ladera Lending, et al (Complt Fld 6/7/19)<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.50h | 750.00 | - | 375.00 |
| 09/12/2019 | 🕐 | A103 Draft/revise L240 Dispositive Motions: Default<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 7.50h | 750.00 | - | 5,625.00 |
| 09/09/2019 | 🕐 | Read and review correspondence regarding:<br>RE: SACV 19-01136JVS(ADSx): Deborah Ochinero, et al v Ladera Lending, et al (Complt Fld 6/7/19)<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 09/06/2019 | 🕐 | Read and review correspondence regarding:<br>RE: SACV 19-01136JVS(ADSx): Deborah Ochinero, et al v Ladera Lending, et al (Complt Fld 6/7/19)<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h** | | **$0.00**<br>0.0h | **$102,045.00**<br>137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 09/06/2019 | 🕐 | Read and review correspondence regarding: RE: SACV 19-01136JVS(ADSx): Deborah Ochinero, et al v Ladera Lending, et al (Complt Fld 6/7/19) <br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 09/06/2019 | 🕐 | Read and review correspondence regarding: RE: SACV 19-01136JVS(ADSx): Deborah Ochinero, et al v Ladera Lending, et al (Complt Fld 6/7/19) <br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 09/06/2019 | 🕐 | Read and review correspondence regarding: FW: SACV 19-01136JVS(ADSx): Deborah Ochinero, et al v Ladera Lending, et al (Complt Fld 6/7/19) <br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 08/27/2019 | 🕐 | Read and review correspondence regarding: RE: Activity in Case 8:19-cv-01136-JVS-ADS Deborah Ochinero v. Ladera Lending, Inc. et al Deficiency - Default /Default Judgment (CV-52b) - optional html form <br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 08/14/2019 | 🕐 | Read and review correspondence regarding: RE: EcoShield <br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | 137.10h<br>0.0h | | $0.00 | $102,045.00<br>137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 08/05/2019 | ⏱ | Read and review correspondence regarding:<br>RE: Activity in Case 8:19-cv-01136-JVS-ADS Deborah Ochinero v. Ladera Lending et al Order to Show Cause<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 07/30/2019 | ⏱ | Read and review correspondence regarding:<br>Fwd: Activity in Case 8:19-cv-01136-JVS-ADS Deborah Ochinero v. Ladera Lending et al Deficiency - Default /Default Judgment (CV-52b) - optional html form<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 07/24/2019 | ⏱ | Read and review correspondence regarding:<br>RE: Activity in Case 8:19-cv-01136-JVS-ADS Deborah Ochinero v. Ladera Lending et al Motion for Default Judgment<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 07/19/2019 | ⏱ | Read and review correspondence regarding:<br>FW: Ladera Lending<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 07/19/2019 | ⏱ | Read and review correspondence regarding:<br>Ladera Lending<br>● Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | 137.10h<br>0.0h | | $0.00<br> | $102,045.00<br>137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 07/12/2019 | 🕐 | Read and review correspondence regarding:<br>FW: Joshua Buck's 08/12 Los Angeles trip (VEARBI): Your reservation is confirmed.<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 06/17/2019 | 🕐 | Read and review correspondence regarding:<br>RE: Ladera<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.40h | 750.00 | - | 300.00 |
| 06/14/2019 | 🕐 | A103 Draft/revise L140 Document/ File Management: mtn for extension of time to comply<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.80h | 750.00 | - | 600.00 |
| 06/14/2019 | 🕐 | Read and review correspondence regarding:<br>RE: Ladera<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 06/12/2019 | 🕐 | Read and review correspondence regarding:<br>Fwd: SACV 19-01136JVS(ADSx): Deborah Ochinero, et al v Ladera Lending, et al<br>🔵 Unbilled | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 06/10/2019 | 🕐 | Read and review correspondence regarding:<br>RE: Activity in Case 8:19-cv-01136 Deborah Ochinero v. Ladera Lending et al Notice of Assignment to United States Judges(CV-18) - optional html form | Ladera Lending adv. Ochinero<br>FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| | | | | | **137.10h**<br>0.0h | | **$0.00** | **$102,045.00**<br>137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | 🔵 Unbilled | | | | | | |
| 06/10/2019 | 🕐 | Read and review correspondence regarding: FW: Activity in Case 8:19-cv-01136 Deborah Ochinero v. Ladera Lending et al Pro Hac Vice Application Due (G-109) - optional html form 🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.10h | 750.00 | - | 75.00 |
| 05/29/2019 | 🕐 | A103 Draft/revise L210 Pleadings: Paga letter 🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.50h | 750.00 | - | 375.00 |
| 05/29/2019 | 🕐 | A103 Draft/revise L210 Pleadings: complaint 🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 2.50h | 750.00 | - | 1,875.00 |
| 05/22/2019 | 🕐 | A108 Communicate (other external) L210 Pleadings: phone JZ re complaint 🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.30h | 750.00 | - | 225.00 |
| 05/22/2019 | 🕐 | A107 Communicate (other outside counsel) L210 Pleadings: email JZ re complaint 🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 0.30h | 750.00 | - | 225.00 |
| 05/22/2019 | 🕐 | A104 Review/analyze L210 Pleadings: draft complaint from co-counsel 🔵 Unbilled | Ladera Lending adv. Ochinero FLSA/CA - Misclassification | Joshua Buck | 1.00h | 750.00 | - | 750.00 |
| 05/22/2019 | 🕐 | A103 Draft/revise L320 Document | Ladera Lending adv. | Joshua | 0.50h | 750.00 | - | 375.00 |
| | | | | | 137.10h | | $0.00 0.0h | $102,045.00 137.1h |

# Activities Export

03/22/2021
2:33 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | Production: client docs<br>🔵 Unbilled | Ochinero<br>FLSA/CA - Misclassification | Buck | | | | |
| | | | | | **137.10h**<br>0.0h | | **$0.00** | **$102,045.00**<br>137.1h |