UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 19-1136 JVS(ADSx)     Date  July 19, 2021

Title  Deborah Ochinero v. Ladera Lending, Inc. et al.

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Joshua Buck | Shaun Voigt |

**Proceedings:**  **Plaintiff's Motion for Final Approval of Collective and Class Action Settlement [54]**

Cause is called for hearing via Video Conference. Tentative ruling issued previously. Court and counsel confer. Motion GRANTED. The Court orders that the tentative ruling shall become the order of the Court.

: 10

Initials of Preparer  lmb